AO91 (Rev. 12/03) Criminal Complaint                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-05954

Jose Hector DIAZ-Diaz
IAE
Guatemala 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 31, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Hector DIAZ-Diaz was encountered by Border Patrol Agents near Hidalgo, Texas on March 31, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on March 31, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Nicolas Cantu   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 02, 2019  — 4:15pm            at    McAllen, Texas
Date                                        City/State

Juan F Alanis          Magistrate Judge
Name of Judge         Title of Judge                Signature of Judge